872 F.2d 413
 In re Sounds Distributing, Inc., Reitmeyer (Mary)
v.
Kalinsky (Norton L.), PA Record Outlet, Horovitz, Rudoy &
Roteman, Nernberg (Maurice A., Jr.), Laffey (W. Thomas,
Jr.), Pittsburgh National Bank, Kalinsky (George), Merrill,
Lynch, Pierce, Fenner & Smith, Inc., K & L Leasing, Nernberg & Laffey
 NOS. 88-3638, 88-3639
 United States Court of Appeals,
Third Circuit.
 MAR 06, 1989
 
 1
 Appeal From: W.D.Pa.
 
 
 2
 APPEAL DISMISSED.